UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

IN RE:

COLLEEN M. BUCKMAN

Order Filed on December 14, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:  18-29857SLM

Hearing Date:  12/12/2018

Judge:  STACEY L. MEISEL

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 14, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  18-29857SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 12/12/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that debtor must provide the Trustee with an updated valuation on real property by 12/26/2018 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that in the event the 12/12/2018 e-payments to the Trustee are reversed, the case will be dimissed with no further hearings or notice to debtor(s) or debtor(s)' attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 1/23/2019 at 8:30 AM.