Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29857−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Colleen M. Buckman
219 Longworth Avenue
Hasbrouck Heights, NJ 07604

Social Security No.:
xxx−xx−0973

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 10/04/2018 and a confirmation hearing on such Plan has been scheduled for 12/12/2018.

The debtor filed a Modified Plan on 01/19/2019 and a confirmation hearing on the Modified Plan is scheduled for 2/27/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 24, 2019
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-29857-SLM
Colleen M. Buckman                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Jan 24, 2019
                              Form ID: 186                 Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
db              +Colleen M. Buckman,    219 Longworth Avenue,    Hasbrouck Heights, NJ 07604-2220
517797265       +Amb Endoscopy Center,    C/O Remex,    307 Wall Street,    Princeton, NJ 08540-1515
517797270       +Emergency Physician Associates of NJ,    C/O Account Resolution Services,
                 1643 NW 136th Avenue, Bldg H, Ste 100,    Sunrise, FL 33323-2857
517797272       +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2019 22:36:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2019 22:36:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/Text: bnc@atlasacq.com Jan 24 2019 22:36:26       ATLAS ACQUISITIONS LLC,    294 Union St.,
                 Attn:  Avi Schild,    Hackensack, NJ 07601-4303
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2019 22:32:21
                 Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517797266       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2019 22:32:22
                 Ashley Funding Services,    C/O Resurgent Capital Services,    POB 10587,
                 Greenville, SC 29603-0587
517840917        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2019 22:44:49
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517797268       +E-mail/Text: bnc@atlasacq.com Jan 24 2019 22:36:26       Atlas Acquisitions,    294 Union Street,
                 Hackensack, NJ 07601-4303
517797269       +E-mail/Text: bankruptcy@cavps.com Jan 24 2019 22:36:39       Cavalry Investments, LLC,
                 500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2321
517797271        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 24 2019 22:36:38      Jefferson Capital Systems,
                 POB 7999,    Saint Cloud, MN 56302
517914233        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2019 22:44:35       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517840198        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2019 22:44:49
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517797273        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2019 22:55:34
                 Portfolio Recovery Associates,    C/O Synchrony Bank,    POB 41067,    Norfolk, VA 23541
517797274       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 24 2019 22:36:39      Premier Bankcard,
                 C/O Jefferson Capital Systems,    POB 7999,    Saint Cloud, MN 56302-7999
517858902       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 24 2019 22:36:39      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517798384       +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 22:32:02      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517797267*      +Ashley Funding Services,    C/O Resurgent Capital Services,    POB 10587,
                 Greenville, SC 29603-0587
517867587*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
517918166*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
517816492*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:  Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617)
517918177*      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517920924*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,    C/O Synchrony Bank,
                 POB 41067,    Norfolk VA 23541)
                                                                                             TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2           User: admin                Page 2 of 2              Date Rcvd: Jan 24, 2019
                               Form ID: 186               Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2019 at the address(es) listed below:
```
              Andrew G. Greenberg     on behalf of Debtor Colleen M. Buckman a.greenberglawfirm@verizon.net
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald     on behalf of Creditor    MIDFIRST BANK. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```