Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29857−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Colleen M. Buckman
   219 Longworth Avenue
   Hasbrouck Heights, NJ 07604

Social Security No.:
   xxx−xx−0973

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/25/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 25, 2019
JAN: apc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Colleen M. Buckman  
    Debtor

Case No. 18-29857-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jan 25, 2019  
                     Form ID: 148     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2019.
```
db             +Colleen M. Buckman,   219 Longworth Avenue,   Hasbrouck Heights, NJ 07604-2220
517797265      +Amb Endoscopy Center,   C/O Remex,   307 Wall Street,   Princeton, NJ 08540-1515
517797270      +Emergency Physician Associates of NJ,   C/O Account Resolution Services,
                1643 NW 136th Avenue, Bldg H, Ste 100,   Sunrise, FL 33323-2857
517797272      +MidFirst Bank,   999 Northwest Grand Boulevard,   Oklahoma City, OK 73118-6051
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2019 00:10:06     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2019 00:10:02     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             +EDI: ATLASACQU.COM Jan 26 2019 04:28:00      ATLAS ACQUISITIONS LLC,   294 Union St.,
                Attn: Avi Schild,   Hackensack, NJ 07601-4303
cr             +EDI: PRA.COM Jan 26 2019 04:28:00      Synchrony Bankc/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517797266      +EDI: RESURGENT.COM Jan 26 2019 04:28:00      Ashley Funding Services,
                C/O Resurgent Capital Services,   POB 10587,   Greenville, SC 29603-0587
517840917       EDI: RESURGENT.COM Jan 26 2019 04:28:00      Ashley Funding Services, LLC its successors and,
                assigns as assignee of Laboratory,   Corporation of America Holdings,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517797268      +EDI: ATLASACQU.COM Jan 26 2019 04:28:00      Atlas Acquisitions,   294 Union Street,
                Hackensack, NJ 07601-4303
517797269      +E-mail/Text: bankruptcy@cavps.com Jan 26 2019 00:10:30     Cavalry Investments, LLC,
                500 Summit Lake Drive,   Suite 400,   Valhalla, NY 10595-2321
517797271       EDI: JEFFERSONCAP.COM Jan 26 2019 04:28:00      Jefferson Capital Systems,   POB 7999,
                Saint Cloud, MN 56302
517914233       EDI: RESURGENT.COM Jan 26 2019 04:28:00      LVNV Funding, LLC,   Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
517840198       EDI: RESURGENT.COM Jan 26 2019 04:28:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Arrow Financial Services,,   LLC,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
517797273       EDI: PRA.COM Jan 26 2019 04:28:00      Portfolio Recovery Associates,   C/O Synchrony Bank,
                POB 41067,   Norfolk, VA 23541
517797274      +EDI: JEFFERSONCAP.COM Jan 26 2019 04:28:00      Premier Bankcard,
                C/O Jefferson Capital Systems,   POB 7999,   Saint Cloud, MN 56302-7999
517858902      +EDI: JEFFERSONCAP.COM Jan 26 2019 04:28:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517798384      +EDI: RMSC.COM Jan 26 2019 04:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 15
```

          ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```
517797267*     +Ashley Funding Services,   C/O Resurgent Capital Services,   POB 10587,
                Greenville, SC 29603-0587
517867587*     +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
517918166*     +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
517816492*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-9617)
517918177*     +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
517920924*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   C/O Synchrony Bank,
                POB 41067,   Norfolk VA 23541)
                                                                                        TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2           User: admin              Page 2 of 2                   Date Rcvd: Jan 25, 2019
                               Form ID: 148             Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2019 at the address(es) listed below:
          Andrew G. Greenberg     on behalf of Debtor Colleen M. Buckman a.greenberglawfirm@verizon.net
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```